1  MEGAN DIXON (State Bar No. 162895)
2  MARK V. HOOGLAND (State Bar No. 244559)
   **HOGAN & HARTSON, L.L.P.**
3  4 Embarcadero Center, 22nd floor
   San Francisco, California 94111
4  Telephone: (415) 374-2300
   Facsimile: (415) 374-2499
5
   Attorneys for Plaintiff
6  SUN MICROSYSTEMS, INC.



7

E-filing

8

### UNITED STATES DISTRICT COURT

9

### NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO



10

11  SUN MICROSYSTEMS, INC.,

Case No.: CV 09 0092

12                        Plaintiff,

**COMPLAINT FOR INJUNCTIVE**
13                                              **RELIEF AND DAMAGES**
            vs.
14                                              JURY TRIAL DEMANDED
   ACCURATE TECHNOLOGIES, INC., an entity
15  of unknown form; MATTHEW CUNDIFF, an
   individual; AND DOES 1-10,
16
                        Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff SUN MICROSYSTEMS, INC. alleges as follows:

**JURISDICTION AND VENUE**

1.      This case is an action for trademark infringement and false advertising under the Lanham Act of 1946, 15 U.S.C. Sections 1051 *et seq.* (the "Lanham Act") and for related accounting claims.  This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Sections 1331 and 1338 because this case arises under the trademark laws of the United States, 15 U.S.C. Sections 1051 *et seq.*

2.      Venue is proper in the Northern District of California pursuant to 28 U.S.C. Sections 1391(b) and (c) because Plaintiff is informed and believes, and on that basis alleges, that Defendants have a regular and established place of business in this District, conduct business in this District, have committed acts of trademark infringement in this District, and are subject to personal jurisdiction in this District.

**INTRADISTRICT ASSIGNMENT**

3.      This is an intellectual property action excepted from intra-district assignment under Local Rule 3-2(c).

**PARTIES**

4.      Plaintiff SUN MICROSYSTEMS, INC. ("SUN" or "Plaintiff") is a California corporation with its principal place of business at Santa Clara, California.

5.      Plaintiff is informed and believes, and on that basis alleges, that Defendant Accurate Technologies, Inc. ("ACCURATE" or "Defendant") is an Arizona entity with headquarters at 1525 Countryshire Avenue, Lake Havasu City, Arizona 86403.

6.      Plaintiff is informed and believes, and on that basis alleges, that ACCURATE has two offices in California:  (1) 11834 Nobel Drive, Fremont, California 94538; and (2) 728 Brea Canyon Road, City of Industry, California 91789.

7.      Plaintiff is informed and believes, and on that basis alleges, that Defendant Matthew Cundiff ("CUNDIFF" or "Defendant") is an individual who resides in the State of Arizona.

1

8.    Plaintiff is also informed and believes, and on that basis alleges, that CUNDIFF is the principal of ACCURATE, and was the conscious, active and dominant force behind the unlawful acts of ACCURATE as alleged in this Complaint.

9.    Plaintiff is informed and believes, and on that basis alleges, that Defendants DOES 1 through 10 are subject to the jurisdiction of this Court.  Said Defendants, either alone or through their agents, servants, and employees, are distributing, selling, and/or offering for sale goods and merchandise which infringe, bear, displace and/or use, without authorization from Plaintiff, one or more of Plaintiff's SUN TRADEMARKS, or conspired to do so.  The identities of the various individual and corporate Defendants are unknown to Plaintiff at this time.

10.   Plaintiff is informed and believes, and on that basis alleges, that Defendants, and each of them, are individuals or business entities acting either alone or in concert with the other Defendants in committing the wrongful acts alleged herein.

## FACTUAL ALLEGATIONS

### The Sun Trademarks

11.   Sun Microsystems was founded in 1982 and has for the past 26 years engaged in the business of manufacturing and selling network computing infrastructure solutions that include computer systems, software, storage and services.

12.   Plaintiff's core brands include its Sun corporate name and house mark and a family of Sun-based marks, the Java technology platform, the Solaris operating system, MySQL, StorageTek and, under license from SPARC International, the UltraSPARC processor.  Attached hereto as Exhibit A is a true and correct copy of an official SUN Corporate Overview, dated November 2008, available at <http://www.sun.com/aboutsun/media/presskits/SunCorporateBackgrounder.pdf> (last checked January 7, 2009).

13.   The SUN brand has grown dramatically since its introduction in 1982 to an international manufacturing, sales, and marketing company with over 30,000 employees worldwide.  Plaintiff strongly promotes its brand and its products through advertising, point of sale materials, promotional materials, event sponsorships, and consumer electronics shows.

2

1   Plaintiff has developed a state of the art website located at <http://www.sun.com/> which

2   advertises, promotes and sells SUN products including software, servers, storage, desktop

3   solutions, microelectronics and more.

4          14.     The SUN brand is well known among customers of network computing platforms.

5   The SUN brand has received widespread acclaim from computing industry experts. Attached as

6   Exhibit B is the January 2009 issue of "*Good News from Sun Microsystems*" a sampling of

7   recent awards and commentary about SUN products, dated January 2009, available at <

8   http://www.sun.com/aboutsun/goodnews/pdfs/monthly_0109.pdf> (last checked January 7,

9   2009).

10         15.     Since its incorporation in 1982, Plaintiff has continuously used the name and mark

11   SUN MICROSYSTEMS in interstate commerce.  On March 4, 1986, Plaintiff was issued a

12   federal registration for the mark SUN in class 9 for "Computer hardware . . . and Computer

13   software, namely, programs recorded on magnetic disks and tapes."  On June 15, 1993, Plaintiff

14   was issued a federal registration for the mark SUN in Class 9 for "[c]omputers[] and computer

15   operating systems software and computer software for use in the field of computer networking

16   . . . ."  In addition to its exclusive rights to the name and mark SUN, Plaintiff owns federal

17   trademark and service mark registrations and/or common law rights on a host of SUN-

18   denominated marks (collectively, the "SUN TRADEMARKS").  Many of Plaintiff's federally

19   registered marks have achieved <u>incontestable</u> status within the meaning of 15 U.S.C. Section

20   1065.

21         16.     The SUN TRADEMARKS include, but are not limited to, the following

22   <u>incontestable</u> U.S. Trademark Registrations for various types of computer hardware, computer

23   software, computer peripherals, and related goods and services:

24   • SUN—Registration No. 1776322; Application Date: 06/29/1992; Registration Date:

25      06/15/1993

26   • SUN (and Logo)—Registration No. 1794747; Application Date: 06/29/1992;

27      Registration Date: 09/28/1993

28

- SUN MICROSYSTEMS—Registration No. 1376942; Application Date: 05/04/1983; Registration Date: 01/07/1986
- SUN—Registration No. 1384991; Application Date: 05/24/1983; Registration Date: 03/04/1986
- SUN SITE—Registration No. 1938422; Application Date: 11/14/1994; Registration Date: 11/28/1995
- SUNSPECTRUM—Registration No. 1867206; Application Date: 04/29/1993; Registration Date: 12/13/1994
- SUN MICROSYSTEMS—Registration No. 2368045; Application Date: 02/22/1999; Registration Date: 07/18/2000
- SUN MICROSYSTEMS (and Logo)—Registration No. 2497599; Application Date: 09/15/1999; Registration Date: 10/16/2001
- SUN RAY—Registration No. 2530320; Application Date: 04/30/1999; Registration Date: 01/15/2002
- SUNSTART—Registration No. 1731627; Application Date: 06/14/1990; Registration Date: 11/10/1992
- SUN MICROSYSTEMS (and Logo)—Registration No. 2463402; Application Date: 09/15/1999; Registration Date: 06/26/2001

17.    These _incontestable_ SUN TRADEMARKS are entitled to deference and special privileges.  Third parties may not claim that these SUN TRADEMARKS were improperly registered or challenge SUN's ownership.  Third parties also lose the right to assert the affirmative defense that the SUN TRADEMARKS are merely descriptive of goods or services. _See_ 15 U.S.C. Section 1065.

18.    The SUN TRADEMARKS also include U.S. Trademark Registrations for pleaded marks covering various types of computer hardware, computer software, computer peripherals, and related goods and services, including, but not limited to the following:

- SUN STOREDGE—Registration No. 2679289; Application Date: 01/28/1998; Registration Date: 01/28/2003

4

- SUN BLADE—Registration No. 3068519; Application Date: 12/28/2000; Registration Date: 03/14/2006
- SUN ULTRA—Registration No. 3225850; Application Date: 06/01/2005; Registration Date: 04/03/2007

19. Plaintiff is currently and at all relevant times has been the sole proprietor of all right, title and interest to the SUN TRADEMARKS, and has manufactured, sold and distributed the SUN TRADEMARKS in strict conformity with the provisions of the Lanham Act and all other laws governing trademarks.

20. Plaintiff has used the SUN TRADEMARKS in connection with the manufacture and marketing of various items of computing equipment, including but not limited to, server systems and various other similar items, and all copies of the SUN TRADEMARKS made by Plaintiff or under its authority or license have been made in strict conformity with the provisions of the Lanham Act and all other laws governing trademarks. Plaintiff has used the SUN TRADEMARKS on and in connection with its products on a continuous and regular basis throughout the entire United States and in many foreign countries.

21. Plaintiff and its licensees have spent substantial time and money to advertise, publicize, and promote the sale of products bearing the SUN TRADEMARKS throughout the United States and the world. Plaintiff and its licensees have sold many millions of dollars worth of products bearing the SUN TRADEMARKS throughout the world, including the United States and this judicial district.

22. Plaintiff has used many of the SUN TRADEMARKS, among other things, to denote its computer hardware, software and network-related products and services. SUN's name and the SUN TRADEMARKS have been promoted extensively by Plaintiff and enjoy widespread recognition. As a result, SUN's name and the SUN TRADEMARKS have become well known among consumers and users of computer systems, software and related services as identifying designations for SUN's products and services. Plaintiff has developed substantial goodwill in its name and in the SUN TRADEMARKS.

Defendants' Knowing and Willful Copying and Infringement of Plaintiff's Trademarks

23.     The ACCURATE website,

<http://www.accutecinc.com/index.php?option=com_content&task=view&id=1&Itemid=2>,

states: "Accurate Technologies, Inc. is a leading information technology supply chain service

company, distributing current and legacy digital components to regions around the world."  A

true and correct copy of the ACCURATE "About Us" page, printed on January 7, 2009, is

attached to this Complaint as Exhibit C.

24.     The ACCURATE website advertises multiple SUN products for sale.  A search of

ACCURATE'S website using "Sun" as a keyword brought up 30,844 hits on January 7, 2009.  A

true and correct copy of the ACCURATE "Part Search" page, printed on January 7, 2009, is

attached to this Complaint as Exhibit D.

25.     Plaintiff is informed and believes, and on that basis alleges, that Defendants, and

each of them, offer products bearing the SUN TRADEMARKS, including but not limited to the

products described herein, to manufacturers, wholesalers and resellers throughout California and

the United States.  The ACCURATE website is one, but not the only, method that Defendants

use to market and sell products bearing the SUN TRADEMARKS.

26.     Plaintiff is informed and believes, and on that basis alleges, that Defendants, and

each of them, knowingly and willfully directly copied some or all of the SUN TRADEMARKS

in their entirety, or used packaging bearing one or more SUN TRADEMARKS to sell non-Sun

product as Sun product.  Plaintiff is further informed and believes, and on that basis alleges, that

Defendants, and each of them, copied some or all of the SUN TRADEMARKS or otherwise

unlawfully used SUN TRADEMARKS on counterfeit products for the specific purpose of

infringing Plaintiff's trademarks to aid in selling illegal, unauthorized and counterfeit copies of

products purportedly manufactured by SUN.

27.     Plaintiff is informed and believes, and on that basis alleges, that long after Plaintiff

created the SUN TRADEMARKS, Defendants began to manufacture, distribute, and sell various

products that bear direct copies of the SUN TRADEMARKS.

28.     Plaintiff is informed and believes, and on that basis alleges, that Defendants are

attempting to pass their products off as if they are SUN products in a manner calculated to

1   deceive Plaintiff's customers and members of the general public, in that Defendants have

2   directly copied the images of the SUN TRADEMARKS in an effort to make Defendants'

3   infringing counterfeit products confusingly similar to Plaintiff's products, and in that they have

4   modified the SUN products using non-SUN components that they are then attempting to pass off

5   as SUN products.

6       29.     Plaintiff is informed and believes, and on that basis alleges, that Defendants are

7   removing, falsifying and counterfeiting SUN serial numbers as part of their scheme to pass their

8   products off as if they are SUN products in a manner calculated to deceive Plaintiff's customers

9   and members of the general public.

10      30.     The natural, probable and foreseeable result of Defendants' wrongful conduct has

11  been, and will continue to be, to deprive Plaintiff of the benefits of using the SUN

12  TRADEMARKS, to deprive Plaintiff of goodwill, and to injure Plaintiff's relations with present

13  and prospective customers.

14      31.     Plaintiff is informed and believes, and on that basis alleges, that it has lost and will

15  continue to lose substantial revenues from the sale of products bearing the SUN

16  TRADEMARKS and will sustain damages as a result of Defendants' wrongful conduct and

17  production and sale of infringing counterfeit products.  Defendants' wrongful conduct has also

18  deprived and will continue to deprive Plaintiff of opportunities for maintaining and expanding its

19  goodwill.

20      32.     Plaintiff is informed and believes, and on that basis alleges, that unless enjoined by

21  this Court, Defendants intend to continue their course of conduct and to wrongfully use, infringe

22  upon, counterfeit, falsely advertise, sell and otherwise profit from the SUN TRADEMARKS and

23  works derived from them.  As a direct and proximate result of the acts of Defendants alleged

24  above, Plaintiff has already suffered irreparable damage and has sustained lost profits.  Plaintiff

25  has no adequate remedy at law to redress all of the injuries that Defendants have caused and

26  intend to cause by their conduct.  Plaintiff will continue to suffer irreparable injury and damage

27  and sustain lost profits until Defendants' actions alleged above are enjoined by this Court.

28

## FIRST CLAIM FOR RELIEF

Trademark Infringement – Section 1114 of the Lanham Act

(Against All Defendants)

33.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph, the allegations contained in Paragraph Nos. 1 through 32 above.

34.     Plaintiff has built up valuable goodwill in the SUN TRADEMARKS and goods bearing the SUN TRADEMARKS.

35.     Defendants, with full knowledge of the notoriety of the SUN TRADEMARKS, intended to and did trade on the goodwill associated with the trademarks, and have misled and will continue to mislead the public into assuming a connection between the goods of Plaintiff and Defendants through the sale and distribution of products which bear the registered SUN TRADEMARKS.

36.     By their actions alleged above, Defendants have infringed and will continue to infringe the SUN TRADEMARKS by counterfeiting and selling products which purport to be, but are not, SUN products.

37.     Plaintiff is entitled to an injunction restraining Defendants, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the trademark laws.

38.     Plaintiff is further entitled to recover from Defendants the damages, including attorneys' fees, it has sustained and will sustain, and any gains, profits and advantages obtained by Defendants as a result of Defendants' acts of infringement alleged above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by Plaintiff.

## SECOND CLAIM FOR RELIEF

False Advertising – Section 1125(a) of the Lanham Act

(Against All Defendants)

39.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph, the allegations contained in Paragraph Nos. 1 through 38 above.

40.     Defendants have used in commerce words, terms, names, symbols, devices, combinations and/or false or misleading designations of origin, false or misleading descriptions of fact, and/or false or misleading representations of fact, which:  (a) are likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of ACCURATE with SUN and/or the SUN TRADEMARKS, or as to the origin, sponsorship, or approval of SUN goods, services and/or commercial activities by Defendants; and/or (b) in commercial advertising or promotion, misrepresent the nature, characteristics, or qualities of SUN goods, services or commercial activities.

41.     Defendants' acts are in violation of 15 U.S.C. Section 1125(a) and Plaintiff has been and is likely to be damaged by these acts.

### THIRD CLAIM FOR RELIEF

Accounting

(Against All Defendants)

42.     Plaintiff incorporates herein and realleges, as if fully set forth in this paragraph, the allegations of Paragraph Nos. 1 through 41 above.

43.     Defendants' infringement of the SUN TRADEMARKS, and Defendants' sale and distribution of infringing products in the United States without authorization has benefited and continues to benefit Defendants.

44.     As a result, Defendants owe Plaintiff restitution and disgorgement of profits, if any, of an amount unknown to Plaintiff, and which amount cannot be ascertained without an accounting of the receipts and disbursements, profit and loss statements, and other financial materials, statements and books from Defendants.

45.     Plaintiff is therefore entitled to an accounting of Defendants' records.

### PRAYER FOR RELIEF

WHEREFORE, by virtue of the unlawful conduct of Defendants as alleged in this Complaint, Plaintiff respectfully prays:

1.      On the First and Second Claims for Relief:

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

a.    That the Court issue a temporary restraining order, a preliminary injunction, and thereafter a permanent injunction enjoining Defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all those persons in active concert or participation with them, from:

(1)    imitating, copying or making unauthorized use of the SUN TRADEMARKS;

(2)    manufacturing, printing, producing, distributing, circulating, selling, offering for sale, advertising, promoting or displaying any product bearing any simulation, reproduction, counterfeit, copy or colorable imitation of the SUN TRADEMARKS; and

(3)    using any simulation, reproduction, counterfeit, copy or colorable imitation of the SUN TRADEMARKS, in connection with the promotion, advertisement, display, sale, offering for sale, manufacture, printing, production, circulation or distribution of any product.

b.    That judgment be entered for Plaintiff and against Defendants for Plaintiff's actual damages arising from Defendants' infringement of the SUN TRADEMARKS, plus any profits attributable to infringements of Plaintiff's trademarks, according to proof at trial.

c.    That judgment be entered for Plaintiff and against Defendants for statutory damages pursuant to the trademark statutes.

d.    That Defendants be required to recall from all distributors, wholesalers, jobbers, dealers, retailers, brokers and all others known to Defendants, any originals, copies, facsimiles or duplicates of any product shown by the evidence to infringe the SUN TRADEMARKS.

e.    That Defendants be required to deliver up to be impounded during the pendency of this action all copies of the SUN TRADEMARKS in Defendants' possession or under Defendants' control, including all products, labels, signs, prints, packages, dies, wrappers, receptacles and advertisements in Defendants' possession or under their control, bearing any of Plaintiff's trademarked material,

1         including the SUN TRADEMARKS or any simulation, reproduction, counterfeit,

2         copy or colorable imitation thereof, including without limitation webpages, and

3         all plates, molds, matrices, masters, tapes, films, negatives or other articles by

4         means of which such copies may be reproduced.

5

6   2.     On all Claims for Relief:

7        a.     Pre-judgment and post-judgment interest as allowed by law;

8        b.     Attorneys' fees and the costs of this action, as allowed by law; and

9        c.     Such other and further relief as the Court may deem just and proper.

10

11      DATED:  January 8, 2009.

12                 HOGAN & HARTSON, L.L.P.

13

14                 By _____

15                    MEGAN DIXON

                       Attorneys for Plaintiff

16                    SUN MICROSYSTEMS

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury.

DATED:  January 8, 2009.


HOGAN & HARTSON, L.L.P


By  _Megan Dixon_____
    MEGAN DIXON
    Attorneys for Plaintiff
    SUN MICROSYSTEMS

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

## CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

Pursuant to L.R. 3-16, Plaintiff SUN MICROSYSTEMS, INC. certifies that as of this date, other than the named parties, there is no such interest to report.

DATED:  January 8, 2009.


HOGAN & HARTSON, L.L.P


By _____
MEGAN DIXON
Attorneys for Plaintiff
SUN MICROSYSTEMS

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff SUN MICROSYSTEMS, INC. states that it has no parent companies and that, as of this date, no publicly held company owns 10% or more of its stock.

DATED:  January 8, 2009.


HOGAN & HARTSON, L.L.P


By  _____
MEGAN DIXON
Attorneys for Plaintiff
SUN MICROSYSTEMS

COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

# EXHIBIT A

*Sun Microsystems Corporate Overview – November 2008*

**Company Profile:**
Sun Microsystems, Inc. (NASDAQ: JAVA) provides network computing infrastructure solutions that include computer systems, software, storage and services. Its core brands include the Java technology platform, the Solaris operating system, MySQL, StorageTek and the UltraSPARC processor.

By investing in research and development, Sun creates products and services that address the complex issues that customers face today, including increasing demands for network access, bandwidth and storage being driven by explosive growth in network participation and sharing. Sun innovates at all levels of the system and partners with market leaders to provide value and choice for its customers.

Sun's network computing infrastructure solutions are used in a wide range of industries including technical/scientific, business, engineering, telecommunications, financial services, manufacturing, retail, government, life sciences, media and entertainment, transportation, energy/utilities and healthcare. To read customer success stories please visit:
http://www.sun.com/customers/

Guided by a singular vision -- "The Network is the Computer" -- Sun drives network participation through shared innovation, community development and open source leadership. Sun shares technology in order to grow its communities, increase participation and build new markets and maintains partnerships with some of the most innovative technology companies in the world including AMD, Dell, Google, IBM, Intel, Oracle, Microsoft and Red Hat.

**Environmental Stewardship:**
Every day, dozens of companies benefit from Sun's environmental stewardship and eco responsible solutions that offer high performance and lower power, cooling, and space requirements.

Sun is among the top 10 Fortune 500 companies that lead the country by providing outstanding commuter benefits to a significant portion of its U.S. workforce to help decrease air pollution, traffic congestion and dependence on fossil fuels. As named by the EPA and U.S Department of Transportation, Sun tops the 2006 rankings as the number one company in the Computer and Office Equipment industry.

In April, 2007, Fortune Magazine proclaimed Sun Microsystems "the greenest computer company under the Sun." For more information on Sun's environmental stewardship, please visit http://www.sun.com/aboutsun/csr/.

**Vision, Mission, Cause:**
Since 1982, Sun has maintained that the network is the computer. Sun's vision is to see everyone and everything participating on the network. Sun's mission is to create technologies and fuel communities that enable sharing and participation. Sun's cause is to eliminate the digital divide. Eliminating the digital divide allows everyone to take part in opportunities and contribute to solutions regardless of their geographic location or economic situation.

**Strategy:**
Sun invests in research and development to create products and services that provide
competitive differentiation for its customers and for developers adopting its technology. Sun
integrates software, storage, services and systems, and Sun believes that volume drives
value. Sun shares technology in order to grow its communities, increase participation and
build new markets.

Employees: 33,423 worldwide
Media Resources: http://www.sun.com/news
Investor Resources: http://www.sun.com/investors
Ranking: #184 on the Fortune 500 (2008)
FY08 Revenue: $13.880 billion
Locations: Sun conducts business in more than 100 countries around the globe.

**Key Executives:**
- Jonathan Schwartz - Chief Executive Officer and President
- Scott McNealy - Chairman of the Board of Directors, Sun Microsystems, Inc., Chairman of Sun Federal, Inc.
- Greg Papadopoulos - Chief Technology Officer and Executive Vice President of Research and Development
- Michael Lehman - Chief Financial Officer and Executive Vice President of Corporate Resources
- Jon Benson - Senior Vice President, Storage
- Crawford Beveridge - Executive Vice President and Chairman, EMEA, APAC and the Americas
- Christine Bucklin - Senior Vice President, Corporate Strategic Planning
- Mike Dillon - Executive Vice President, General Counsel and Corporate Secretary
- David Douglas – Senior Vice President, Cloud Computing & Developer Platforms; Chief Sustainability Officer
- John Fowler - Executive Vice President, Systems
- Anil Gadre - Executive Vice President, Application Platform Software
- Lin Lee - Vice President, Global Communities
- Bill MacGowan - Chief Human Resources Officer and Executive Vice President, People and Places
- Peter Ryan - Executive Vice President, Global Sales and Services
- Mike Splain - Executive Vice President, Microelectronics; Sun Fellow; Sun Chief Engineer; CTO, Systems Group
- Brian Sutphin - Executive Vice President, Corporate Development & Alliances
- Ingrid Van Den Hoogen – Senior Vice President, Corporate Marketing
- Bill Vass - President and COO, Sun Microsystems Federal, Inc.
- Robert Worrall - Chief Information Officer

###

Sun Microsystems Facts at a Glance (updated: 11/08)
For more information: Sun Microsystems Public Relations, 650.786.7737, allpress@sun.com

# EXHIBIT B

# Good News
*from Sun Microsystems*

**January 2009**

Your source for news, results and views about Sun

» *"Innovation doesn't happen elsewhere. It happens at Sun."* RedMonk's James Governor

Sun and Southeastern Asset Management announced an agreement to add two new independent members to Sun's Board of Directors. "We fully support Sun's CEO, Jonathan Schwartz, and his leadership team in their efforts to continue driving near-term efficiencies and long-term growth," says Jason E. Dunn, vice president and principal at Southeastern Asset Management, Inc. Read more

## Customers Choose Sun

Flexilis provides security solutions that protect mobile devices from a range of threats, including viruses, spam, and hackers. When they needed a reliable, scalable IT infrastructure, they chose Sun servers, MySQL™ database, and the Sun Startup Essentials™ program. "Open-source software like MySQL and programs like Sun Startup Essentials make it possible for startups like Flexilis to compete with large corporations," comments John Hering, founder and chief executive officer of Flexilis. Read more

When Gracenote — a leader in enabling music services for mobile handsets — needed to implement a reliable server solution that could scale to handle 17 billion transactions per month, they turned to Sun's Try and Buy program to test Sun solutions, free-of-charge for 60 days. Following the trial, Gracenote installed a range of Sun Fire™ servers and the Sun Blade™ 8000 P Modular System. According to Matthew Leeds, vice president of operations at Gracenote, "We know that we can rely on the stability and performance of our Sun products." Read more

Germany-based Conemis AG delivers software-as-a-service (SaaS) infrastructures for software vendors and enterprises, and they chose to standardize their SaaS infrastructure on Sun software solutions and servers. "Sun solutions are among the best technologies in the world. They are dependable, and the support is amazing," says Charbel Noujeim, managing director at Conemis. Read more

Originally established by filmmaker trustee Steven Spielberg, the Shoah Foundation Institute, now part of the University of Southern California College of Letters, Arts & Sciences, has been undertaking one of the world's largest digital video archiving projects: the digitization and storage of more than 100,000 hours of interviews with survivors and witnesses of the Holocaust. Sun Fire servers, Sun StorageTek™ 6540 arrays, and the Sun StorageTek SL8500 modular library system have helped the foundation to save $6 million. Read More

Vocational School G18 is part of a large education complex in Hamburg, Germany. Once they decided they needed a test environment for virtualized desktops, they used Sun's Try and Buy program to evaluate Sun servers and storage. "One Sun Fire X4600 M2 server with 64 GB of RAM connected to a Sun StorageTek 2540 array and running VMware ESX Server and VMware Lab Manager successfully delivered 60 virtual machines to a classroom of students," says Edgar Landsiedel, department head at Vocational School G18. Read more

## Leading Market Conversations

*eWEEK* Senior Writer Chris Preimesberger included the Sun™ Storage 7000 Unified Storage System in his list of the top 10 storage stories of the year. He described the product line as "the industry's first open-source storage appliance that can be used in a small IT system — or, using a larger form factor, in a large datacenter." The article also notes the high level of interest in the new Sun Storage 7000 Series — within 24 hours of publishing an article about the product launch, *eWEEK* recorded 34,000 page views. Read More

*Internetnews.com* covered the unveiling of Sun's cloud computing strategy and reported, Sun is "bringing its considerable hardware, software and expertise to bear on cloud computing projects." IDC analyst Jean Bozman states, "They have all the pieces to make cloud computing work and have relationships with service providers to do it." Read more

In an interview with ZDNet, Sun CEO Jonathan Schwartz discusses the "three reasons you need JavaFX." Schwartz notes that Java™ is the #1 instructed language worldwide and highlighted how JavaFX™ software enables developers to gain

access to consumers outside of hostile browser environments, including making it easier for developers to build content in an environment with increasing numbers of devices and Web clients. Read more

Sun announced that the IDC Worldwide Quarterly Disk Storage Systems Tracker, for the third quarter of 2008, confirmed Sun's fourth consecutive quarter of significant revenue growth for total disk storage systems sales, with a 25% year-over-year increase in factory revenue. Sun topped the list for year-over-year revenue growth for external disk systems, during the third quarter of 2008, and outperformed the overall market by almost two times. Read more

A posting on blogs.sun.com highlighted Gartner's recently announced Magic Quadrant for Web Access Management. Sun is positioned in the leaders quadrant. Read More

In his blog, RedMonk's James Governor looked at possible strategies for Sun and highlighted the company's successes with storage devices, the GlassFish™ server, the MySQL database, and Sun Ray™ appliances. He notes, "Innovation doesn't happen elsewhere. It happens at Sun." Read More

Sun is included in *ZDNet Asia*'s Top Tech Index. The index aims to help businesses to make informed IT purchasing decisions by identifying companies with good financial performance, a proven track record, and a commitment to the Asian market. Read More

In his *Enterprise Storage Forum.com* article, "Sun May Surprise Its Critics," Paul Shread examined Sun's financial performance and indicated that some recent news coverage may be overly negative. He notes that the company has "about $2 billion more in cash and liquid investments than debt," and that "with the $700 million to $800 million in projected annual savings from a smaller workforce, Sun could get back to break-even in less than a year." Read more

## Product Reviews Underscore Innovation

*Linux Magazine* commented on the release of MySQL 5.1 software. The article notes that "the developers have concentrated on performance, which has improved database acceleration by 15%." Read more

In *Ars Technica*, Ryan Paul looked in detail at OpenSolaris™ 2008.11 software. "The new version boosts hardware compatibility and brings some impressive improvements," says Paul. He describes ZFS™ software as "one of the most impressive technologies in Solaris," and, in his conclusion, notes that "OpenSolaris 2008.11 is a very big step forward for Sun." Read more

In *InformationWeek*, Charles Babcock considered Sun's launch of the JavaFX scripting language. He comments that JavaFX will "make it easier for designers, content creators, and scripting language users — a less programming literate group than Java [Platform,] Enterprise Edition developers — to build interactive Web applications." Read more

A blog on PC Softs commented on Sun xVM VirtualBox™ software: "Not only is VirtualBox an extremely feature rich, high performance product for enterprise customers, it is also the only professional solution that is freely available as Open Source Software under the terms of the GNU Public License." Read more

David Frith's article in *Australian IT* compared OpenOffice.org™ software and Microsoft Office, stating: "It does almost everything MS Office does but, unlike the Microsoft product, it's free." The article also notes: "In the first four weeks after release, OpenOffice[.org] 3.0 was downloaded more than 12 million times. That's probably at least $2.5 billion lost to Microsoft, and mounting at $600 million a week." Read more

## Get More!

- **Subscribe** by sending email to gn_admin@sun.com
- **Read more** good news from Sun
- Contribute content for future editions of Good News
- **See** proven results with customer references
- **Keep up** on Sun news and events

- **International Versions Available** in the following languages:
  Czech (čeština), Canadian French (français), Danish (dansk), Dutch (dutch), Greek (ελληνική γλώσσα), Finnish (suomen Kieli), French (français), German (deutsche), Hebrew (hebrew), Hungarian (magyar nyelv), Italian (italiano), Norwegian (norsk), Polish (jezyk polski), Portuguese (português), Russian (русские), Spanish (español), Swedish (svenska), Turkish (türkçe), Simplified Chinese (正体字), Traditional Chinese (正體字), Japanese (日本語)

Sun Microsystems, Inc. 4150 Network Circle, Santa Clara, CA 95054 - USA

© 2009 Sun Microsystems, Inc. All rights reserved. Sun, Sun Microsystems, the Sun logo, GlassFish, Java, JavaFX, MySQL, OpenOffice.org, OpenSolaris, StorageTek, Sun Blade, Sun Fire, Sun Ray, Sun Startup Essentials, and VirtualBox are trademarks or registered trademarks of Sun Microsystems, Inc. or its subsidiaries in the United States and other countries. Information subject to change without notice.

Lit. # 538695

# EXHIBIT C

Case3:09-cv-00092-JCS   Document1   Filed01/09/09   Page23 of 25



# EXHIBIT D

Case3:09-cv-00092-JCS   Document1   Filed01/09/09   Page25 of 25

