| | |
|---|---|
| 1 | MEGAN DIXON (State Bar No. 162895) |
|   | MARK V. HOOGLAND (State Bar No. 244559) |
| 2 | **HOGAN & HARTSON, L.L.P.** |
|   | 4 Embarcadero Center, 22nd floor |
| 3 | San Francisco, California 94111 |
|   | Telephone: (415) 374-2300 |
| 4 | Facsimile: (415) 337-2499 |
| 5 | Attorneys for Plaintiff |
|   | SUN MICROSYSTEMS, INC. |
| 6 |   |
| 7 | CURTIS E. ALLEN (State Bar No. 187748) |
|   | 303 Twin Dolphin Drive, 6th Floor |
| 8 | Redwood City, California 94065 |
|   | Telephone: (650) 868-6620 |
| 9 | Facsimile: (650) 362-1864 |
|   | E-mail: CurtisAllen@BayAreaJustice.com |
| 10 |   |
| 11 | Attorney for Defendants |
|   | ACCURATE TECHNOLOGIES, INC. and |
|   | MATTHEW CUNDIFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| SUN MICROSYSTEMS, INC., | CASE NO.: C09-0092-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| ACCURATE TECHNOLOGIES, INC., an entity of unknown form; MATTHEW CUNDIFF, an individual; AND DOES 1-10, | |
| Defendants. | |

STIPULATION OF DISMISSAL; CASE NO. C09-0092-JCS

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41(a)(1).

DATED: August 21, 2009

By: */s/ Megan Dixon*
MEGAN DIXON
**HOGAN & HARTSON, L.L.P.**
4 Embarcadero Center, 22nd floor
San Francisco, California 94111
Telephone: (415) 374-2300
Facsimile: (415) 337-2499

Attorneys for Plaintiff
SUN MICROSYSTEMS, INC.


By: */s/ Curtis E. Allen*
CURTIS E. ALLEN
303 Twin Dolphin Drive, 6th Floor
Redwood City, California 94065
Telephone: (650) 868-6620
Facsimile: (650) 362-1864
E-mail: CurtisAllen@BayAreaJustice.com

Attorney for Defendants
ACCURATE TECHNOLOGIES, INC. and
MATTHEW CUNDIFF

Dated: 8/24/9

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I, Megan Dixon, am the ECF User whose ID and password are being used to file this STIPULATION OF DISMISSAL. In compliance with General Order 45, X.B., I hereby attest that Curtis E. Allen has concurred in this filing.

1
STIPULATION OF DISMISSAL; CASE NO. C09-0092-JCS